UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO: 0:22-cv-62076-XXXX

GREGORY TONY, in his official
capacity as Sheriff of Broward County,

    Plaintiff,

vs.

EVANSTON INSURANCE COMPANY,

    Defendant.
_____/

## DECLARATION OF KRISTEN D. PERKINS IN SUPPORT OF EVANSTON'S MOTION FOR SUMMARY JUDGMENT

I, Kristen D. Perkins, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am at least 18 years of age and competent to execute this declaration. I have personal knowledge of the facts contained in this declaration.

2. I serve as counsel of record for Evanston Insurance Company in this action.

3. Attached as Exhibit A hereto is a true and correct copy of the Initial Report submitted by the Marjorie Stoneman Douglas High School Public Safety Commission, which was obtained on January 10, 2024 at https://www.fdle.state.fl.us/MSDHS/CommissionReport.pdf.

4. Attached as Composite Exhibit B are true and correct copies of relevant excerpts of the deposition of John Greene taken in this action.

5. The documents with the prefix BSO ##### and Marsh_AIG ##### were produced by BSO in this litigation.

6. The documents with the prefix M1.LF.#### and MARSH-BSO-####### were produced by Marsh and McLennan, Inc. ("Marsh") pursuant to a third-party subpoena in this litigation.

7. Attached as Exhibit C is a true and correct copy of a Risk Management Manual dated January 1, 2013 which was produced by BSO in this action.

8. Attached as Exhibit D is a true and correct copy of the deposition transcript of Jeff Jackson, which was taken in the *State National* case and produced by BSO in this action.

9. Attached as Exhibit E is a true and correct copy of an email and attachment setting forth the Standard Operating Procedures of BSO's Risk Management Department, which was produced by Marsh in this litigation.

10. Attached as Exhibit F is a true and correct copy of an email thread involving BSO's Assistant General Counsel Stephen Muffler, which was produced by Marsh in this litigation.

11. Attached as Exhibit G is a PDF copy of an article obtained from Business Wire on January 10, 2024 at [https://www.businesswire.com/news/home/20230125005832/en/Marsh-McLennan-Reports-Fourth-Quarter-and-Full-Year-2022-Results.](https://www.businesswire.com/news/home/20230125005832/en/Marsh-McLennan-Reports-Fourth-Quarter-and-Full-Year-2022-Results.)

12. Attached as Exhibit H is a PDF copy of an stock quote for Marsh & McLennan Companies, Inc. obtained on January 10, 2024 at [https://finance.yahoo.com/quote/MMC?p=MMC](https://finance.yahoo.com/quote/MMC?p=MMC).

13. Attached as Exhibit I is a true and correct copy of a letter authored by BSO's Jeff Hessler, obtained from the docket in the case *State National Ins. Co. v. Lamberti*, Case No. 0:08-cv-60760-JIC, in the U.S. District Court in and for the Southern District of Florida (the "State National Case").

14. Attached as Exhibit J is a true and correct copy of an email thread involving Marsh's Sandra McFarland, which was produced by Marsh in this litigation.

15. Attached as Exhibit K is a PDF copy of an article obtained from Risk & Insurance on January 10, 2024 at [https://riskandinsurance.com/award-profile/marsh-broker-sandra-mcfarland-recognized-as-a-2022-public-sector-power-broker/](https://riskandinsurance.com/award-profile/marsh-broker-sandra-mcfarland-recognized-as-a-2022-public-sector-power-broker/).

16. Attached as Exhibit L is a true and correct copy of a PDF entitled ""Response to RLI #R 15068MFW Follow Up" which was produced by BSO in this litigation.

17. Attached as Exhibit M is an excerpt from the deposition of Marsh employee Lisa Shaw, obtained from the docket in the State National Case.

18. Attached as Exhibit N is a true and correct copy of a PDF of a spreadsheet discussing action items between Marsh and BSO related to BSO's insurance program, which was produced by Marsh in this litigation.

19. Attached as Exhibit O is a true and correct copy of an email between Eileen Yodanis and Jeff Hessler, John Greene and Rosalia Croes re: a monthly conference call, produced by BSO in this litigation.

20. Attached as Exhibit P is a true and correct copy of an email between Tamdeke Nomvete and Jeff Hessler, John Greene, Lisa Shaw and Lucena Rivera regarding Marsh's renewal strategy, which was produced by Marsh in this litigation.

21. Attached as Exhibit Q is a true and correct copy of the affidavit of John Greene, which was obtained from the docket in the State National Case.

22. Attached as Exhibit R is BSO's Opposition to State National's Motion for Summary Judgment in the State National Case, which was obtained from the docket in the State National Case.

23. Attached as Exhibit S is a true and correct copy of an email from Victor Marrero to John Greene and Jeff Hessler re: the State National Litigation, produced by BSO in this litigation.

24. Attached as Exhibit T is a true and correct copy of a chart of BSO's excess carriers produced by BSO in this litigation.

25. Attached as Exhibit U is a true and correct copy of an excerpt from the deposition of BSO employee Daniel Lutzke, obtained from the docket in the State National Case.

26. Attached as Exhibit V is a true and correct copy of a placement strategy letter from Marsh for programs renewing October 1, 2016, which was produced in this litigation by Marsh.

27. Attached as Exhibit W is a true and correct copy of an Renewal Proposal prepared by Marsh dated September 27, 2016 and produced by BSO in this litigation.

28. Attached as Exhibit X is a true and correct copy of the Quote Confirmation dated September 19, 2016 produced by Marsh in this litigation.

29. Attached as Exhibit Y is a true and correct copy of an email chain from September 2016 discussing a potential renewal, and was produced by Marsh in this litigation.

30. Attached as Exhibit Z is a true and correct copy of an email from September 30, 2016 from Jorge Vinat III to John Greene and others, which was produced by Marsh in this litigation.

31. Attached as Exhibit AA is a true and correct copy of a September 22, 2016 email from Lisa Shaw to Sandra McFarland and others, which was produced by Marsh in this litigation.

32. Attached as Exhibit BB is a true and correct copy of an insurance binder from Evanston for the 2016-17 Evanston Policy, which was produced by Marsh in this litigation.

33. Attached as Exhibit CC is a true and correct copy of a Transparency and Disclosure Statement provided by Marsh for the October 2016-October 2017 policy term, which was produced by Marsh in this litigation.

34. Attached as Exhibit DD is a true and correct copy of an email thread from August 2017, which was produced by Marsh in this litigation.

35. Attached as Exhibit EE is a true and correct copy of an email from Tandeka Nomvete to John Greene and Jeff Hessler dated September 15, 2017, which was produced by BSO in this litigation.

36. Attached as Exhibit FF is a true and correct copy of an email from Jorge Vinat to John Greene and Jeff Hessler dated October 28, 2016, which was produced by BSO in this litigation.

37. Attached as Exhibit GG is a true and correct copy of an email from Jorge Vinat to John Greene and Jeff Hessler dated September 28, 2016, which was produced by BSO in this litigation.

38. Attached as Exhibit HH is a true and correct copy of a letter from Sandra McFarland of Marsh to BSO dated November 30, 2017, which was produced by Marsh in this litigation.

39. Attached as Exhibit II is a true and correct copy of a PDF brochure from Marsh discussing Integrated Occurrences Coverage, obtained on January 10, 2024 from https://www.marsh.com/content/dam/marsh/Documents/PDF/US-en/Marsh%20IO%20Fact%20Sheet-10-15.pdf.

40. Attached as Exhibit JJ is a true and correct copy of a Confirmation of Binding Instructions from Marsh for the October 2019-2020 policy term, which was produced by Marsh in this litigation.

41. Attached as Exhibit KK is a true and correct copy of the Policy Declarations for the October 2019-2020 Safety National Policy, which was produced by Marsh in this litigation.

42. Attached as Exhibit LL is a true and correct copy of the Exclusion-Law Enforcement Activities endorsement from the October 2019-2020 Safety National Policy, which was produced by Marsh in this litigation.

43. Attached as Exhibit MM is a true and correct copy of the Law Enforcement Liability Policy issued by Safety Specialty Insurance Company for the October 2019-2020 policy term, which was produced by Marsh in this litigation.

44. Attached as Exhibit NN is the Appellant's Initial Appellant Brief in the City of Miami Litigation obtained on Westlaw.

45. Attached as Exhibit OO is the Appellant's Reply Appellant Brief in the City of Miami Litigation obtained on Westlaw.

46. Attached as Exhibit PP is a true and correct copy of the Appellant's Initial Brief in the case *Port Consolidated v. Intern. Ins. Co. of Hannover*, Case No. 19-13544 in the Eleventh Circuit, obtained on Westlaw.

47. Attached as Exhibit QQ is a true and correct copy of BSO's Renewal Proposal dated September 16, 2015, which was produced by Marsh.

48. Attached as Exhibit RR is a is a true and correct copy of a Transparency and Disclosure Statement provided by Marsh for the October 2015-October 2016 policy term, which was produced by Marsh in this litigation.

49. Attached as Exhibit SS is a true and correct copy of an email thread involving Sandra McFarland dated October 24, 2016, which was produced by Marsh in this litigation.

50. Attached as Exhibit TT is a true and correct copy of an email thread involving Sandra McFarland dated September 21, 2017, which was produced by Marsh in this litigation.

51. Attached as Exhibit UU is a true and correct copy of an email thread and attachment involving Sandra McFarland on November 16, 2017, which was produced by Marsh in this litigation.

52. Attached as Exhibit VV is a true and correct copy of an email thread and attachment involving Sandra McFarland on May 10, 2018, which was produced by Marsh in this litigation.

53. Attached as Exhibit WW is an email thread from Sandra McFarland dated July 26, 2018, which was produced by Marsh in this litigation.

54. Attached as Exhibit XX is a true and correct copy of an email thread involving Michael Stone and others dated October 14, 2016, which was taken from Evanston's underwriting file and produced in this litigation.

55. Attached as Exhibit YY is a true and correct copy of an email thread between John Greene and Chris Meyer dated February 15, 2018, which was taken from Evanston's underwriting file and produced in this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of January, 2024.

_____
Kristen D. Perkins